UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

**FILE**

MAR 1 5 201

CLE

---

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JEFFREY J. GRIMES,

        Defendant.

CR 11-50029

INDICTMENT

Mailing Threatening Communications
(18 U.S.C. § 876(d))

Repeated Telephone Calls
(47 U.S.C. § 223(a)(1)(D))

Anonymous Telephone Harassment
(47 U.S.C. § 223(a)(1)(C))

Repeated Harassing Communication
(47 U.S.C. § 223(a)(1)(E))

Stalking
(18 U.S.C. §§ 2261A(2), 2261(b)(5) & (6)
& 2265A(a))

---

The Grand Jury charges:

## COUNTS I-III

### Mailing Threatening Communications
### (18 U.S.C. § 876(d))

On or about between November, 2009, and March, 2010, in the District of
South Dakota, and elsewhere, the defendant, Jeffrey J. Grimes, knowingly and with
intent to extort money and other things of value from the following victims, did
deposit in an authorized depository for mail matter, to be sent and delivered by the
Postal Service, and caused to be delivered by the Postal Service according to the

directions thereon, a communication, addressed to the following victims, and

containing a threat to injure the reputation of the following through the means

described below, all in violation of 18 U.S.C. § 876(d):

| Count | Letter Addressee/ Victim | Amount Demanded | Threat Made To Reputation |
|-------|--------------------------|-----------------|---------------------------|
| I | Mark Kari | $10,000 | Threat made to injure the reputation of Mark Kari Sr. and Linda (Kari) Fall by instigating defamatory public gossip in Bison, South Dakota, about the alleged interracial and adulterous affair of Linda (Kari) Fall, and by placing defamatory engravings on this topic on the tombstone of the deceased Mark Kari Jr. |
| II | Mark Kari | The "debt owed" by Mark Kari's daughter Linda (Kari) Fall | Threat made to injure the reputation of Mark Kari Sr. and Linda (Kari) Fall, by sending defamatory letters to other family and Bison, South Dakota, community members regarding the alleged interracial and adulterous affair of Linda (Kari) Fall. |
| III | David Kari | $20,000 | Threat made to injure the reputation of David Kari and his family, and Linda (Kari) Fall by making defamatory phone calls to Bison, South Dakota, community members regarding the alleged interracial and adulterous affair of Linda (Kari) Fall. |

### COUNTS IV-V

### Repeated Telephone Calls
### 47 U.S.C. § 223(a)(1)(D)

On or about between the dates set forth below, in the District of South

Dakota, and elsewhere, the defendant, Jeffrey J. Grimes, in interstate

communications, made or caused the telephone of the following victims to repeatedly and continuously ring within the District of South Dakota, with intent to harass a person at the called number, all in violation of 47 U.S.C. § 223(a)(1)(D):

| Count | Dates | Victims |
|-------|-------|---------|
| IV | January 1 and January 10, 2011 | Mark and Bernice Kari |
| V | January 1 and January 10, 2011 | Dan and Marcie Kari |

## COUNTS VI-X

### Anonymous Telephone Harassment
### (47 U.S.C. § 223(a)(1)(C))

On or about the dates set forth below, in the District of South Dakota, and elsewhere, the defendant, Jeffrey J. Grimes, in interstate communications, made a telephone call to Dan and Marcie Kari, without disclosing his identity and with intent to annoy, abuse, threaten, and harass a person at the called number and who received the communications, all in violation of 47 U.S.C. § 223(a)(1)(C):

| Count | Date |
|-------|------|
| VI | January 4, 2011 |
| VII | January 10, 2011 |
| VIII | January 23, 2011 |
| IX | January 24, 2011 |
| X | January 25, 2011 |

## COUNTS XI-XV

### Repeated Harassing Communication
### 47 U.S.C. § 223(a)(1)(E)

On or about between the dates set forth below, in the District of South

Dakota, and elsewhere, the defendant, Jeffrey J. Grimes, in interstate

communications, made repeated interstate telephone calls to Dan and Marcie Kari,

during which communication ensued in the form of several harassing voice

messages, solely to harass a person at the called number and the person who

received the communication, all in violation of 47 U.S.C. § 223(a)(1)(E):

| Count | Date |
|-------|------|
| XI | January 4, 2011 |
| XII | January 10, 2011 |
| XIII | January 23, 2011 |
| XIV | January 24, 2011 |
| XV | January 25, 2011 |

## COUNTS XVI-XVII

### Stalking
### (18 U.S.C. §§ 2261A(2), 2261(b)(5) & (6) & 2265A(a))

On or about between December, 2010, and March, 2011, in the District of

South Dakota, and elsewhere, the defendant Jeffrey J. Grimes, with the intent to

cause substantial emotional distress to the victims set forth below, used facilities of

interstate commerce, the mail and phone, to engage in a course of conduct which

caused substantial emotional distress to these victims. This conduct was committed

in violation of18 U.S.C. § 2261A(2), and in violation of a current protective order for

each of these victims issued by the State of South Dakota, all in violation of 18

U.S.C. §§ 2261(b)(5) & (6) and 2265A(a):

| Count | Victims |
|-------|---------|
| XVI | Dan and Marcie Kari |
| XVII | Mark and Bernice Kari |

A TRUE BILL:

FOREMAN

BRENDAN V. JOHNSON
United States Attorney

By: